ELLA MATHEWS, Respondent, v. NILS ANDERSON, Appellant. JAMES MATHEWS, Respondent, v. NILS ANDERSON, Appellant.— Appeal dismissed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

LEODO ENTE, Appellant, v. ADOLPH LOEWENTHAL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell and Townley, JJ., dissent and vote for reversal and a new trial on the ground that the testimony presented a question of fact as to the negligence of the defendant in maintaining a car with a defective door, and in making an abrupt turn when the plaintiff had left his seat and was in a position where such movement of the car might result in his being thrown against the defective door.

ANNETTE PATON, Respondent, v. JOHN H. PATON, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

RAFFAELE MANCUSO, as Administrator, etc., of ANDREW MANCUSO, Deceased, Respondent, v. GEROSA HAULAGE AND WRECKAGE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

OLGA PICIULO, Appellant, v. ATTILIO DE CICCO and ASSETS FUNDING CORPORATION, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

TEWANIE CORPORATION, Respondent, v. CAROLINE MASSIMO, Also Known as CAROLINA MASSIMO, and Others, Defendants, Impleaded with RAFFAELINA RUGGIERO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

KATHRYN CONWAY, as Administratrix, etc., of KATHERINE DAVEY, Deceased, Appellant, v. FRANK'S BIRD STORE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application for Ancillary Letters Testamentary of the Last Will and Testament of DOLORES DE BETANCOURT Y AGRAMONTE, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [144 Misc. 173.]

NULIN COMPANY, INC., Respondent, v. HENART REALTY CORPORATION and DETROIT FIDELITY AND SURETY COMPANY, Appellants, and FRANK BLOISE and CHARLES S. PRAINO, Copartners, etc., and ISIDORE NOVESHELSKY, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GERSON H. WERNER, Appellant, v. ALPHONSE A. SHILARE and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents on the ground that the directed verdict was contrary to the weight of the credible evidence, that the testimony of the plaintiff's witness Klein was clear and reasonable and was unshaken upon cross-examination, whereas the testimony of the defendants' witness Hollander was evasive and, in several instances, as to material matters, contained contradictions of the testimony which he had given in his examination before trial, and, therefore, he was unworthy of belief.